IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

C.A. No. 6:20-cv-01432-HMH

| | | |
|---|---|---|
| Niemitalo, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **DEFENDANTS' NOTICE OF REMOVAL** |
| Greenville County, Greenville County Council, and Greenville County Planning Commission, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Defendants file this Notice of Removal of this action from the Court of Common Pleas for Greenville County, Thirteenth Judicial Circuit (Case Number 2020-CP-23-01993), to the United States District Court for the District of South Carolina, Greenville Division, pursuant to 28 U.S.C. §§ 1331, 1441(a), and 1446. The Defendants present the following in support of removal:

1. On April 14, 2020, the Defendants were served with a lawsuit asserting a Section 1983 civil rights case against them filed in the Court of Common Pleas, Thirteenth Judicial Circuit, South Carolina, styled *Niemitalo, Inc. v. Greenville County, Greenville County Council, and Greenville County Planning Commission* (Civil Action No. 2020-CP-23-01993).

2. In compliance with 28 U.S.C. § 1446(a), the Defendants have attached as **Exhibit A** copies of all process, pleadings, and orders that, to the best of the Defendants' knowledge, were part of the State Court's record as of the date of this Notice of Removal.

3. This Court has original jurisdiction over the case pursuant to 28 U.S.C. § 1331 because the case arises under the Constitution, laws, or treaties of the United States. The Plaintiff has asserted a Section 1983 cause of action against all Defendants, claiming that the Defendants violated the Plaintiff's due process rights secured by the Fourteenth Amendment to the

United States Constitution. In addition, the Plaintiff seeks a declaration that a County Ordinance and a Planning Commission by-law is invalid because they violate the Equal Protection Clause contained in the Fourteenth Amendment to the United States Constitution. *See* Complaint (**Exhibit A**).

4. In compliance with 28 U.S.C. § 1446(d), the Defendants have filed this Notice of Removal with the Greenville County Clerk of Court's Office **(Exhibit B)** and have served the Notice on the Plaintiff through the e-filing system with the Greenville County Court of Common Pleas.

In filing this Notice of Removal, the Defendants reserve the right to assert all defenses, including, but not limited to, defenses concerning personal jurisdiction and insufficient service of process.

*s/Christopher R. Antley*

Christopher R. Antley, Federal I.D. No. 7164
Devlin & Parkinson, P.A.
P.O. Box 10387
Greenville, South Carolina 29603
Phone: (864) 242-4050/ Fax: (864) 242-4277
crantley@devlinparkinson.com

Attorney for the Defendants

Date: April 15, 2020
Greenville, South Carolina

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

C.A. NO. 6:20-cv-01432-HMH

| | |
|---|---|
| Niemitalo, Inc., )<br><br>Plaintiff, )<br><br>v. )<br><br>Greenville County, Greenville )<br>County Council, and Greenville )<br>County Planning Commission, )<br><br>Defendants. )<br>——————————————— ) | **CERTIFICATE OF SERVICE** |

I hereby certify that on the 15th day of April, 2020, I served the following with

a copy of **Defendants' Notice of Removal** via e-mail only as follows:

Anna L. Bullington, Esq.
M. Stokely Holder, Esq.
Holder, Padgett, Littlejohn & Prickett, LLC
P. O. Box 1804
Greenville, SC  29602
sholder@hplplaw.com
abullington@hplplaw.com

*s/ Christopher R. Antley*
Christopher R. Antley, Federal ID 7164
Devlin & Parkinson, P.A.
P.O. Box 10387
Greenville, South Carolina
Phone: (864) 242-4050/ Fax: (864) 242-4277
crantley@devlinparkinson.com

Attorney for the Defendants